

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RTS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES

02 1M          $ 00.40⁶
0004279596    APR 01 2015
MAILED FROM ZIP CODE 78701

RE: WR-67,418-02

Bω
DD  071

MICHAEL  JACQUES
STILES UNIT   TDC # 1155051

